UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-45217 |
| | ) | |
| SANOTRA M. STURDEN | ) | Chapter: 7 |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING ROUTINE MOTION TO EXTEND DATE FOR FILING A COMPLAINT UNDER 11 U.S.C. §523 OR §727**

This matter coming before the Court on TCF National Bank's ("TCF") Routine Motion To Extend Date For Filing A Complaint To Object to Discharge Under U.S.C. §727 or to Determine Dischargeability Under 11 U.S.C. §523 (the "Motion to Extend"), TCF appearing by counsel, and the Court being advised in the premises, it is herby ordered that:

1. The Motion to Extend is granted. *March 31*

2. TCF is granted an extension of time, up to and including April 11, 2011 to file a complaint to object to discharge under 11 U.S.C. §727 or to determine dischargeability of certain debts under 11 U.S.C. §523 as against the Debtor, Sanotra M. Sturden. *Final date*,

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

MAR - 9 2011

Dated:

**Prepared by counsel of Movant:**

John J. Curry (ARDC # 3121647)
Jean Soh (ARDC #6285187)
POLSINELLI SHUGHART PC
161 N. Clark St., Suite 4200
Chicago, IL 60601
(312) 819-1900 - Telephone
(312) 819-1910 - Facsimile

Rev: 20101008_bko